### In re CECIL LAWRENCE.

No. A-5329. Opinion Filed March 9, 1925.

(233 Pac. 1116.)

Petition of Cecil Lawrence for writ of habeas corpus. Cause dismissed.

I. F. Long, for petitioner.

The Attorney General and Henry Woods, Asst. Co. Atty., for respondent.

PER CURIAM. Petition for writ of habeas corpus, signed and verified by Cecil Lawrence, filed in this court

October 28, 1924, alleging that he is imprisoned without due process of law, and stating the facts, by C. A. Cook, sheriff of Osage county. A rule to show cause issued, returnable November 8th, at which time counsel for the state filed a demurrer, which was overruled, and cause was assigned for hearing, at which time the county attorney announced that he would begin the prosecution anew. The cause is therefore dismissed.